**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JORGE PAVON HERNANDEZ, et al.,            :
                                          :
                    Plaintiff,            :        20-CV-4741 (PAE) (OTW)
                                          :
              -against-                   :        **SCHEDULING ORDER**
                                          :
GEMINI DINER INC., et al.,                :
                                          :
                    Defendants.           :
                                          :
                                          :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge:**

      **ORDERED** that a Settlement Conference will be held on **Wednesday, December 09,**

**2020 at 4:00 p.m.** The Dial in information is (866) 390-1828, access code 1582687.  The Court

will email a security code to the parties.  Counsel shall review and comply with the Court's

Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order.

      It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms

and Letters shall be submitted by Wednesday, December 02, 2020.


      **SO ORDERED.**


                                ___*s/ Ona T. Wang*_____
Dated: November 17, 2020                          **Ona T. Wang**
      New York, New York                          United States Magistrate Judge