```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JORGE PAVON HERNANDEZ, et al.,              :
                                            :
                Plaintiffs,                 :             20-CV-4741 (PAE) (OTW)
                                            :
        -against-                           :             CIVIL CASE MANAGEMENT PLAN
                                            :             AND SCHEDULING ORDER
GEMINI DINER INC., et al.,                  :
                                            :
                Defendants.                 :
                                            :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On November 17, 2020, the parties appeared for an Initial Pretrial Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional parties until **February 8, 2021.**

**Discovery.** All fact discovery shall be completed by **May 19, 2021**.

**Discovery Disputes.** The parties are required to follow the Court's Individual Practices when seeking Court intervention on discovery disputes. *See* http://www.nysd.uscourts.gov/judge/Wang.

**Status Letter.** A joint letter informing the Court about the status of discovery shall be filed with the Court by **January 26, 2021**, **and every 60 days thereafter**. The letter should address any outstanding discovery disputes and the efforts made by the parties to resolve these issues without Court intervention. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include

proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

The Court will hold a **Pre-Settlement Conference Scheduling Call on Wednesday, December 09, 2020 at 4:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. The Court will email a security code to the parties.

**SO ORDERED.**

Dated: November 23, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge