**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JORGE PAVON HERNANDEZ, et al.,

                Plaintiffs,       20-cv-4741 (PAE) (OTW)

      -against-       **ORDER**

GEMINI DINER INC., et al.,

                Defendants.

------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Wednesday, February 03, 2021 at 3:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

    **SO ORDERED.**

                                                                                                   *s/ Ona T. Wang*

Dated: December 9, 2020                                             **Ona T. Wang**
       New York, New York                                    United States Magistrate Judge