**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JORGE PAVON HERNANDEZ, et al.,              :
                                            :
                Plaintiff,                  :       20-CV-4741 (PAE) (OTW)
                                            :
        -against-                           :       ORDER
                                            :
GEMINI DINER INC., et al.,                  :
                                            :
                Defendants.                 :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Pursuant to the directions given during the status conference held on February 3, 2021, the parties are hereby **ORDERED** to file a joint status letter on **February 26, 2021**.

    **SO ORDERED.**

Dated: February 3, 2021           *s/ Ona T. Wang*
       New York, New York         **Ona T. Wang**
                              United States Magistrate Judge