# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

March 30, 2021

**BY ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **Pavon Hernandez et al v. Gemini Diner Inc., et al**
             **20-cv-4741**

Dear Judge Wang:

This firm represents Plaintiffs in the above-referenced action. We write jointly with Defendants to update the Court with the status of discovery.

Defendants responded to Plaintiffs' first set of interrogatories and document requests on March 11, 2021. Defendants served their first set of interrogatories and document requests on Plaintiffs today.

We thank the Court for its attention to this matter.

                                Respectfully Submitted,

                                Clela A. Errington, Esq.
                                MICHAEL FAILLACE & ASSOCIATES, P.C.
                                *Attorneys for Plaintiff*