# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

April 30, 2021

**BY ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**    **Pavon Hernandez et al v. Gemini Diner Inc., et al**
              **20-cv-4741**

Dear Judge Wang:

      This firm represents Plaintiffs in the above-referenced action. We write jointly with Defendants to update the Court with the status of discovery.

      Plaintiffs are currently working to complete Defendants' discovery requests and anticipate having them completed within two weeks. At that point the parties feel they will be able to engage in productive settlement negotiations.

      We thank the Court for its attention to this matter.

                                        Respectfully Submitted,

                                        Clela A. Errington, Esq.
                                        MICHAEL FAILLACE & ASSOCIATES, P.C.
                                        *Attorneys for Plaintiff*