**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PAVON HERNANDEZ, et al.,

              Plaintiffs,        20-CV-4741 (PAE) (OTW)

            -against-              **SCHEDULING ORDER**

GEMINI DINER INC., et al.,

              Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Tuesday, June 22, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

       SO ORDERED.

                                                                    *s/ Ona T. Wang*

Dated: May 26, 2021                              **Ona T. Wang**
       New York, New York                United States Magistrate Judge