UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JORGE PAVON HERNANDEZ, et al., :
:
            Plaintiff, :      20-CV-4741 (PAE) (OTW)
:
            -against- :      **SCHEDULING ORDER**
:
GEMINI DINER INC., et al., :
:
            Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

**ORDERED** that an in-person Settlement Conference will be held on **Wednesday, October 13, 2021 at 2:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this Scheduling Order.

    It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by Wednesday, October 06, 2021.

    **SO ORDERED.**

                                                                                   *s/ Ona T. Wang*

Dated: July 20, 2021                                         **Ona T. Wang**
       New York, New York                         United States Magistrate Judge