# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 29, 2021

**BY ECF**

Honorable Judge Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

<u>Payon Hernandez et al v. Gemini Diner Inc., et al</u>  
20-cv-4741

Dear Judge Engelmayer:

  This office represents Plaintiff in the above-referenced action. I write with the consent of Defendants to request an adjournment of the pre-trial conference scheduled for December 3, 2021. The reason for the request is that the undersigned counsel just received news that a family member has been admitted to hospice care. I will need to travel out of state in order to be with her in her final days. This is the first request of this kind.

  Thank you for your understanding and courtesy in this matter.

Respectfully submitted,

<u>/s/ Clela Errington</u>  
Clela Errington, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*

Granted. The final pretrial conference is adjourned until December 15, 2021 at 3 p.m. If plaintiff's counsel has continuing family obligations at that time, she may move for another adjournment. The Court wishes plaintiff's counsel and her family well. SO ORDERED.

           *Paul A. Engelmayer*  
           _____  
           PAUL A. ENGELMAYER  
           United States District Judge  
           11/29/21

*Certified as a minority-owned business in the State of New York*