UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE PAVON HERNANDEZ, et al.,

                                            Plaintiffs,

                     -v-

GEMINI DINER, et al.,

                                            Defendants.

20 Civ. 4741 (PAE) (OTW)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict with an ongoing trial, the Court hereby adjourns the final pretrial conference scheduled for December 15, 2021 at 3 p.m. to December 22, 2021 at 3:30 p.m. The parties are reminded that, at that time, they should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                                      PAUL A. ENGELMAYER
                                                                      United States District Judge

Dated: December 10, 2021
          New York, New York