# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 15, 2022

**BY ECF**

Honorable Judge Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                    Pavon Hernandez et al v. Gemini Diner Inc., et al  
                    20-cv-4741

Dear Judge Engelmayer:

      This office represents Plaintiff in the above-referenced action. I write with the consent of Defendants to respectfully request, *nunc pro tunc,* a two-week extension of time in which to submit their settlement agreement for court approval. The deadline was March 14, 2022. The reason for this request is that, while the parties have finalized the form of settlement agreement, we require additional time in which to review the agreement with the individual parties and submit an executed copy to the Court. This is the first request of its kind and will not affect any other deadlines.

                              Respectfully submitted,

                              */s/ Clela Errington*  
                              Clela Errington, Esq.  
                              CSM Legal, P.C.  
                              *Attorneys for Plaintiff*

Granted. The proposed settlement agreement and a memorandum of law explaining why the settlement warrants approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015) will be due March 28, 2022. SO ORDERED.

      *Paul A. Engelmayer*  
      PAUL A. ENGELMAYER  
      United States District Judge  
      3/15/22