# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 30, 2022

**BY ECF**

Honorable Judge Paul A. Engelmayer  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2201  
New York, NY 10007

Pavon Hernandez et al v. Gemini Diner Inc., et al<br>Civil Action 1:20-cv-4741

Dear Judge Engelmayer:

This office represents Plaintiffs in the above-referenced action. I write jointly with Defendants to respectfully request, *nunc pro tunc,* a two-week extension of time in which to submit the parties' settlement agreement for court approval. The current deadline is March 28, 2022, and we respectfully request the new deadline to be April 11, 2022. The reason for this request is because the parties have experienced delays in reviewing and securing the signatures of the parties. This is the second request of its kind and will not affect any other deadlines.

Respectfully submitted,

*/s/ Clela Errington*  
Clela Errington, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*

The Court will reluctantly grant--in part--the second *nunc pro tunc* extension but will not grant another absent compelling circumstances. Because only signatures are needed, the settlement agreement and accompanying memorandum of law will be due April 6, 2022. SO ORDERED.

Paul A. Engelmayer  
PAUL A. ENGELMAYER  
United States District Judge  
3/30/22

*Certified as a minority-owned business in the State of New York*