## CSM Legal, P.C.

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200    Fax:(212) 317-1620

Jorge Pavon Hernandez                                                                  March 24, 2022
52-74 79th Street 1st Floor
Flushing, NY
11373

|  |  |
|---|---|
| File #: | GeminiDiner2 |
| **Attention:** Inv #: | Sample |

RE:   Pavon Hernandez et al v. Gemini Diner Inc. et al; :20-cv-04741

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-20 | reviewed status | 0.10 | 12.50 | PL |
| Sep-10-20 | Reviewed court order scheduling initial conference via phone; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| Sep-15-20 | Organizing individual defendants AOSs from process server | 0.10 | 12.50 | PL |
| Oct-15-20 | Reviewed joint request for an extension of the discovery deadline; directed staff to update case chart ; filed orders in the proper folder for future reference | 0.30 | 135.00 | MF |
| Oct-19-20 | reviewed magistrate's court order rescheduling case management conference via phone; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
|  | reviewed court order setting date for initial conference; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| Nov-02-20 | Reviewed Defendants' request for an extension of time to file answer to our complaint; directed staff to update case chart; filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-04-20 | Reviewed court order granting Defendants' request for an extension of time to file answer to our complaint; directed staff to update case chart; filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| Nov-12-20 | Reviewed proposed scheduling order filed in court; directed staff to update case chart; filed report in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Draft initial disclosures and exhibits. | 1.40 | 490.00 | CE |
| | Draft 26(f) report. | 0.40 | 140.00 | CE |
| | Email communication with opposing counsel. | 0.20 | 70.00 | CE |
| | Review email from court. | 0.10 | 35.00 | CE |
| | Review revised CMP from opposing counsel. | 0.40 | 140.00 | CE |
| | Finalize and file proposed CMP. | 0.40 | 140.00 | CE |
| Nov-16-20 | Review file and docket in preparation for initial conference. | 0.60 | 210.00 | CE |
| Nov-17-20 | Attend initial conference. | 0.40 | 140.00 | CE |
| | Draft email to opposing counsel. | 0.20 | 70.00 | CE |
| | Review Answer. | 0.60 | 210.00 | CE |
| | Review previous cases with Gemini Diner for discovery and other issues. | 0.80 | 280.00 | CE |
| Nov-23-20 | Review case management order. | 0.10 | 35.00 | CE |
| Dec-02-20 | Phone call with opposing counsel. | 0.20 | 70.00 | CE |
| | Draft letter to court. | 0.60 | 210.00 | CE |
| | Draft email to opposing cosunsel. | 0.10 | 35.00 | CE |
| | Review email and edits from opposing counsel. | 0.30 | 105.00 | CE |
| | File letter to court. | 0.20 | 70.00 | CE |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-07-20 | Draft email to opposing counsel. | 0.10 | 35.00 | CE |
| | Draft email to chambers. | 0.10 | 35.00 | CE |
| Dec-09-20 | Preparation for pre settlement conference. | 0.70 | 245.00 | CE |
| | Attend pre settlement conference. | 0.50 | 175.00 | CE |
| Feb-03-21 | Review folder in preparation for conference. | 0.70 | 245.00 | CE |
| | Attend conference. | 0.30 | 105.00 | CE |
| Feb-04-21 | Reviewed magistrate's court order requiring parties to submit status report on a specific date; directed staff to update case chart ; filed notices in the proper folder for future reference | 0.30 | 135.00 | MF |
| Feb-16-21 | Update client on status of case. | 0.20 | 70.00 | CE |
| Feb-23-21 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| Feb-24-21 | Draft letter to Judge Wang. | 0.20 | 70.00 | CE |
| | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| Feb-26-21 | File update letter. | 0.20 | 70.00 | CE |
| Mar-11-21 | Preliminary review of discovery responses. | 0.80 | 280.00 | CE |
| | Review emails from opposing counsel. | 0.20 | 70.00 | CE |
| Mar-29-21 | Detailed review of discovery production. | 7.50 | 2,625.00 | CE |
| | Draft memo to PL regarding discovery questions for plaintiffs. | 0.60 | 210.00 | CE |
| Mar-30-21 | Review discovery demands. | 0.40 | 140.00 | CE |
| | Draft letter to Court. | 0.20 | 70.00 | CE |
| | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Finalize and file letter to court. | 0.20 | 70.00 | CE |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Mar-31-21 | Review ECF Notification. | 0.10 | 35.00 | CE |
| Apr-06-21 | Review memo from PL regarding Plaintiffs' response to Defendants' discovery. | 0.40 | 140.00 | CE |
| Apr-30-21 | Email correspondence with opposing counsel. | 0.30 | 105.00 | CE |
| | Draft and file status update letter. | 0.30 | 105.00 | CE |
| | Review discovery answer. | 0.30 | 105.00 | CE |
| May-05-21 | Draft discovery responses. | 2.40 | 840.00 | CE |
| May-06-21 | Research re objections. | 2.10 | 735.00 | CE |
| May-07-21 | Draft discovery responses. | 0.80 | 280.00 | CE |
| May-11-21 | Revise discovery responses. | 0.30 | 105.00 | CE |
| May-12-21 | Revise discovery responses. | 0.20 | 70.00 | CE |
| May-13-21 | Draft doc request responses. | 2.60 | 910.00 | CE |
| | Draft interrogatory responses for Alejandro Pavon. | 0.90 | 315.00 | CE |
| | Consult with PF regarding corrections to rog responses. | 0.20 | 70.00 | CE |
| May-14-21 | Finalize and send discovery responses. | 3.40 | 1,190.00 | CE |
| May-20-21 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Email correspondence with Chambers. | 0.10 | 35.00 | CE |
| May-24-21 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| May-25-21 | Revise calculations. | 0.60 | 210.00 | CE |
| | Corerspondence with opposing counsel. | 0.20 | 70.00 | CE |
| May-26-21 | Preparation for pre settlement call. | 0.50 | 175.00 | CE |
| | Attend pre settlement conference. | 0.40 | 140.00 | CE |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Jun-21-21 | REview docket. | 0.10 | 35.00 | CE |
| Jun-22-21 | Preparation for conference. | 0.30 | 105.00 | CE |
| | Attend conference. | 0.70 | 245.00 | CE |
| Jun-23-21 | Phone call with Jorge Pavon. | 0.30 | 105.00 | CE |
| | Phone call with Alexis Bravo. | 0.30 | 105.00 | CE |
| Jun-24-21 | Phone call with Alejandro Pavon. | 0.30 | 105.00 | CE |
| Jul-09-21 | Email correspondence with opposing counsel. | 0.30 | 105.00 | CE |
| Jul-15-21 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| Jul-20-21 | Preparation for pre settlement conference. | 0.30 | 105.00 | CE |
| | Attend conference. | 0.50 | 175.00 | CE |
| | Review order and advise clients. | 0.20 | 70.00 | CE |
| Nov-08-21 | Draft new damages calculations | 2.10 | 735.00 | CE |
| | Make revisions to JPTO | 0.40 | 140.00 | CE |
| | Email correspondence with opposing counsel. | 0.30 | 105.00 | CE |
| | Draft exhibit list | 0.40 | 140.00 | CE |
| | Finalize and file JPTO | 0.60 | 210.00 | CE |
| | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Fix JPTO | 0.30 | 105.00 | CE |
| Nov-22-21 | Draft jury instructions | 2.10 | 735.00 | CE |
| | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Make revisions to JPTO | 0.30 | 105.00 | CE |
| | Review Defendants' revisions to JPTO | 0.10 | 35.00 | CE |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Make revisions to proposed voir dire | 0.40 | 140.00 | CE |
| | Finalize and submit revised JPTO, Voir Dire, and Jury Instructions. | 0.70 | 245.00 | CE |
| Dec-01-21 | Email correspondence with opposing counsel. | 0.30 | 105.00 | CE |
| Jan-25-22 | Phone call with opposing counsel. | 0.20 | 70.00 | CE |
| | Phone call with plaintiffs. | 0.20 | 70.00 | CE |
| | Correspondence with opposing counsel. | 0.10 | 35.00 | CE |
| Jan-26-22 | Phone call with opposing counsel. | 0.20 | 70.00 | CE |
| Feb-11-22 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| | Draft letter to Court | 0.20 | 70.00 | CE |
| Feb-22-22 | Email correspondence with opposing counsel. | 0.20 | 70.00 | CE |
| Mar-02-22 | Draft settlement agreement | 0.40 | 140.00 | CE |
| | Draft echibits to settlement agreement | 0.60 | 210.00 | CE |
| | Email correspondence with opposing counsel | 0.20 | 70.00 | CE |
| Mar-24-22 | Draft fairness letter | 0.30 | 105.00 | CE |
| | Preparation exhibits to fairness letter | 0.30 | 105.00 | CE |
| | Totals | 54.60 | $19,305.00 | |

**Total Fee & Disbursements**                                                                 $19,305.00

**Balance Now Due**                                                                                   $19,305.00